## CLUTTER *v.* MILLS NOVELTY SALES COMPANY.

[No. 11,870.   Filed October 17, 1924.]

From Marion Circuit Court (35,557); *Harry O. Chamberlain,* Judge.

Action between Harry D. Clutter and others and the Mills Novelty Sales Company.   From the judgment rendered, the former appeal.   *Affirmed.*

*M. L. Clawson* and *L. Rosenberg,* for appellants.
*Samuel D. Miller, Frank C. Dailey, William H. Thompson, Albert L. Rabb, Thomas C. Stevenson* and *Perry E. O'Neal,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## KEPPER *v.* BANEY ET AL.

[No. 11,839.   Filed November 6, 1924.]

From Marion Circuit Court (35,481); *Harry O. Chamberlain,* Judge.

Action between Mary B. Kepper and Rosa Baney and others. From the judgment rendered, the former appeals.   *Affirmed.*

*Charles R. Rollinson,* for appellant.
*James L. Mitchell,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## EIKENBERRY *v.* WESTFIELD STOCK FARM COMPANY.

[No. 11,911.   Filed November 7, 1924.]

From Hendricks Circuit Court; *Zimri E. Dougan,* Judge.

Action between William H. Eikenberry and the Westfield Stock Farm Company.   From the judgment rendered, the former appeals.   *Affirmed.*

*Overson, Manning & Healey,* for appellant.
*Oscar L. Pond* and *Clark & Nichols,* for appellee.

PER CURIAM.—Judgment affirmed.